Certificate Number: 05781-WAW-DE-037808799

Bankruptcy Case Number: 23-11819


05781-WAW-DE-037808799

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2023, at 2:43 o'clock PM PDT, Christopher Ronk completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: September 29, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President